**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| **KENDRICK CLARK** | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **C.A. NO. 9:26-cv-00686-MJT** |
| | § | **JURY TRIAL DEMANDED** |
| | § | |
| **SOUTHERN FLUID SOLUTIONS,** | § | |
| **LLC** | § | |
| **Defendant** | § | |

**PLAINTIFF'S NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Kendrick Clark, Plaintiff in the above-entitled and numbered cause and files this, his Notice of Readiness for Scheduling Conference and would respectfully show the Court as follows:

1. Plaintiff filed this action on August 31, 2026. Doc. 1. Southern Fluid Solutions, LLC is the only defendant.

2. Defendant was served with the summons and complaint on September 9, 2026. Doc. 3. On September 30, 2026, Defendant filed an Unopposed Application for Extension of Time to Answer Complaint, which the Clerk granted, making Defendant's answer due October 30, 2026. Docs. 4, 5. Defendant filed its Answer on October 30, 2026. Doc. 7. Defendant also filed its Corporate Disclosure Statement and Certificate of Interested Persons on October 30, 2026. Doc. 8.

3. Pursuant to the Standing Order of the Court Plaintiff notifies the Court that the Defendant has answered, and the case is ready for a scheduling conference.

4. There are no pending motions.

5. Plaintiff requests that the Court set this case for a Rule 16 Case Management Conference. Plaintiff's counsel is available to confer with defense counsel under Federal Rule of Civil Procedure 26(f) at any time convenient to the Court and to defense counsel.

Respectfully submitted,

*/s/ William S. Hommel, Jr.*

William S. Hommel, Jr.
State Bar No. 09934250
bhommel@hommelfirm.com
Hommel Law Firm PC
5620 Old Bullard Road, Suite 115
Tyler, Texas 75703
903-596-7100 Telephone/Facsimile

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Readiness for Scheduling Conference has been served on all counsel of record via electronic filing, on this the 1st day of November, 2026, including the following:

Mark A. Flores
markflores@littler.com
Chandler Gordon
cgordon@littler.com
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201-2931
Telephone: 214.880.8100
Facsimile: 214.880.0181
ATTORNEYS FOR DEFENDANT
SOUTHERN FLUID SOLUTIONS, LLC

*/s/ William S. Hommel, Jr.*
William S. Hommel, Jr.